UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIAOHUA HUANG,

    Plaintiff,

v.

FASTMETRICS, INC.,

    Defendant.

Case No. 20-cv-00204-WHO

**ORDER REGARDING DISMISSED CASE AND DENYING REQUEST FOR RECONSIDERATION**

Re: Dkt. Nos. 22, 23

Following my February 19, 2020 order granting defendant Fastmetrics, Inc. motion to set date to respond to the Complaint and denying *pro se* plaintiff Xiaohua Huang's request for sanctions, Huang filed a notice of voluntary dismissal without prejudice. Dkt. No. 22. That terminated this action. Rule 41(a)(1).

Huang then filed an objection to my order, asking that I reconsider his request for sanctions. Dk.t No. 23. Defense counsel argues that I should disregard Huang's request for reconsideration and close the case given the voluntary withdrawal of his complaint. Dk.t No. 24. Huang replied, again asking that I sanction defense counsel. Dkt. Nos. 25, 26.

As I stated in my previous order, the record does not show any factually incorrect statements were made frivolously or for an improper purpose. And the case has been dismissed, mooting any sanction motion. Huang's request for reconsideration is DENIED.

The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: March 3, 2020



William H. Orrick
United States District Judge